Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| CHARMING BEATS LLC, | Case No.: 22-cv-6083 (AMD)(MMH) |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |
| RUBY BONES and WILLOWTREE MEDIA LTD., | |
| Defendants. | |

-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice as to both defendants. Each party is responsible for its own attorneys' fees and costs.

Dated: May 2, 2022       **GARBARINI FITZGERALD P.C.**
       New York, New York

*/s/ Richard M. Garbarini*
Richard M. Garbarini